FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ORANO FEDERAL SERVICES LLC, a Delaware limited liability company, | No.  4:17-cv-05182-SMJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| BECHTEL NATIONAL INC., a Nevada corporation, | |
| Defendant. | |

On July 22, 2019, the parties filed a Stipulated Motion to Dismiss, ECF No. 56. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

1.    The parties' Stipulated Motion to Dismiss, **ECF No. 56**, is **GRANTED**.

2.    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

3.    All pending motions are **DENIED AS MOOT**.

4.    All hearings and other deadlines are **STRICKEN**.

5.    The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

1

    **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

2

provide copies to all counsel.

3

    **DATED** this 23rd day of July 2019.

4

_____
SALVADOR MENDOZA, JR.

5

United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER DISMISSING CASE **-** 2